UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br>Plaintiff,<br>v.<br>M. FLAMM,<br>Defendant. | Case No. 3:25-cv-00717-ART-CLB<br>ORDER |

## I. DISCUSSION

On December 8, 2025, Plaintiff William Berry, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this civil rights action under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1). He subsequently filed a motion for a preliminary injunction and a motion for submission. (ECF Nos. 5, 6). Before the Court issued its screening order, Plaintiff died in custody.[1]

Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). If there is no motion for substitution within 90 days of the date of this order, the Court will dismiss the case.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the Court will dismiss this case in 90 days if there is no motion to substitute filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

[1] Press Release, Nevada Department of Corrections, https://www.doc.nv.gov/siteassets/content/about/press-release/death-william-berry-23739.pdf (August 6, 2026).

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1), the motion for a preliminary injunction (ECF No. 5), and the motion for submission (ECF No. 6) are denied as moot.

DATED: August 26, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE